UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON, | No. 2:15-cv-01442-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| RAMIREZ et al., | |
| Defendants. | |

On August 12, 2015, the court issued a minute order directing the parties to promptly meet and confer to discuss settlement for this action. ECF No. 8. Within 60 days of this minute order, the parties were required to file a joint status report advising the court whether they have reached settlement or exhausted efforts to settle. *Id.* The parties have not filed a joint status report.

Accordingly, counsel for both parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 for failure to comply with this court's order to file a joint status report.

Additionally, counsel for both parties are hereby ORDERED, within (7) days of entry of this order, to file a joint status report advising the court whether they have reached settlement or exhausted their efforts to settle.

1

1         IT IS SO ORDERED.

2 DATED: January 7, 2016.

                                                  UNITED STATES DISTRICT JUDGE