UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-01442-KJM-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| RAFAEL T. RAMIREZ, et al., | |
| Defendants. | |

      On February 26, 2016, the court directed the parties to continue their settlement discussions and to file a joint status report within sixty (60) days.  On April 24, 2016, the parties filed a joint status report informing the court they had exhausted their efforts to resolve this matter.

      With private efforts unsuccessful, the court sends this case to a court convened settlement conference before a magistrate judge of this court.  Magistrate Judge Carolyn K. Delaney has been randomly selected.  A settlement conference is scheduled before Judge Delaney for August 9, 2016 at 9:30 a.m. in Courtroom No. 24, 8th Floor.

      The parties are directed to submit their confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the court, they may do so as provided by the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement

1

Conference. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. *See* Local Rule 270.

Additionally, the parties are instructed to consult Judge Delaney's standing order for settlement information found on the court's website at www.caed.uscourts.gov.

If the parties are unable to settle this case before the magistrate judge, they shall file a joint status report within fifteen days after the settlement conference.

DATED: May 2, 2016

UNITED STATES DISTRICT JUDGE